■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFEREY PINCKNEY, Also Known as JEFFREY PINCKNEY, Appellant. [737 NYS2d 879] —Appeal by the defendant from so much of an order of the Supreme Court, Kings County (Kreindler, J.), dated April 11, 2000, as, without a hearing, denied his motion pursuant to CPL 440.30 (1-a) for forensic DNA testing on certain evidence recovered by the police.

Ordered that the order is affirmed insofar as appealed from.

Under the circumstances of this case, the Supreme Court properly denied the defendant's motion pursuant to CPL 440.30 (1-a) for forensic DNA testing on certain evidence recovered by the police. Altman, J.P., Adams, Townes and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH SLINGSBY, Appellant. [737 NYS2d 880] —Appeal by the defendant from an amended judgment of the County Court, Westchester County (Zambelli, J.), rendered May 11, 1999, revoking an intermittent sentence of imprisonment previously imposed by the same court and imposing an indeterminate term of imprisonment pursuant to Penal Law § 85.05 (1) (b) upon his conviction of driving while intoxicated as a felony.

Ordered that the amended judgment is affirmed.

Under the circumstances of this case, the Supreme Court properly revoked the defendant's intermittent sentence of imprisonment and imposed an indeterminate term of imprisonment (see, Penal Law § 85.05 [1] [b]).

The defendant's remaining contentions are without merit. Santucci, J.P., Goldstein, Luciano, Schmidt and Crane, JJ., concur.